UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK CARTER, JR.,
    Petitioner,

vs.                                  Case No.:  3:21cv797/LAC/ACB

RICKY D. DIXON,
    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 14, 2022 (ECF No. 19).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3.    A certificate of appealability is **DENIED**.

4. The clerk is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 15th day of June, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**